## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Behzad Sheikhpour,                                **Civil File No.: 10-cv-4223 MJD/SER**

      Plaintiff,

v.                                                  **REPORT AND RECOMMENDATION**

Highland Bank Corp.; Rick Wall;
Joy Morris; and Michael Anderson,

      Defendants.

---

    Behzad Sheikhpour, *pro se*, 1411 160th Street Northwest, Shakopee, Minnesota, 55379.

    Garth G. Gavenda & T. Christopher Stewart, Anastasi & Associates, P.A., 1485 North 60th Street, Stillwater, Minnesota, 55082, on behalf of Defendants.

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [Doc. No. 3] is **GRANTED**.  **IT IS FURTHER ORDERED** that Plaintiff shall update his mailing address and contact information in ECF within **5 days**.  Let Judgment Be Entered.

Dated:  June 6, 2011

                                                           s/Michael J. Davis
                                                           Michael J. Davis
                                                           Chief Judge
                                                           United States District Court